# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### Docket No. 7:02-CR-138-1F

| | |
|---|---|
| **United States Of America** | ) |
| | )    **JUDGMENT** |
| vs. | ) |
| | ) |
| **Delmas Carlyle Gause** | ) |

On April 15, 2003, Delmas Carlyle Gause appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possess With Intent to Distribute at Least 5 Grams of Cocaine Base (Crack) in violation of 21 U.S.C. § 841(a)(1) and Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922(g)(1), was sentenced to the custody of the Bureau of Prisons for a term of 136 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 48 months upon release from imprisonment. Delmas Carlyle Gause was released from custody and the term of supervised release commenced on February 4, 2011.

From evidence presented at the revocation hearing on January 18, 2012, the court finds as a fact that Delmas Carlyle Gause, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS RECOMMENDED** that the defendant be incarcerated at FCI Butner.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of January, 2012.

                                                 _____
                                                 James C. Fox
                                                 Senior U.S. District Judge